UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 3562**

DORIS STAEHR, Derivatively On Behalf of ) Civil Action No.
LEHMAN BROTHERS HOLDINGS INC., )
)
                  Plaintiff, ) **RULE 7.1 STATEMENT**
)
vs. )
)
RICHARD S. FULD, JR., JOSEPH M. )
GREGORY, THOMAS A. RUSSO, DAVID )
GOLDFARB, STEPHEN M. LESSING, )
JEREMY M. ISAACS, CHRISTOPHER M. )
O'MEARA, JEFFREY A. WELIKSON, )
HENRY KAUFMAN, ROGER S. BERLIND, )
JOHN D. MACOMBER, MICHAEL L. )
AINSLIE, JOHN F. AKERS, THOMAS H. )
CRUIKSHANK, CHRISTOPHER G. GENT, )
MARSHA J. EVANS, BRADLEY H. JACK, )
JEFFREY VANDERBEEK, MICHAEL F. )
MCKEEVER, JOHN L. CECIL, CHARLES )
B. HINTZ, ROBERT MATZA, JENNIFER )
MARRE, DINA MERRILL and )
HIDEICHIRO KOBAYASHI, )
)
                  Defendants, )
)
  -and- )
)
LEHMAN BROTHERS HOLDINGS INC., a )
Delaware corporation, )
)
                Nominal Defendant. )
)



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Doris Staehr, Derivatively on Behalf of Lehman Brothers Holdings, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

No corporate parent
No publicly held affiliates or subsidiaries

**Date:** May 3, 2007

                                                      **Signature of Attorney**

                                                  **Attorney Bar Code: TGA 1515**