**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS, INC. DERIVATIVE LITIGATION | Lead Civil Action No. 1:07-cv-02990-DAB<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT HIDEICHIRO KOBAYASHI |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs hereby request the entry of a voluntary dismissal of defendant Hideichiro Kobayashi from the *Staehr v. Fuld, et al.,* 07 Civ. 3562 action, now consolidated into the above-captioned action, without prejudice and without costs to any party.

DATED:  October 12, 2007

LAW OFFICES OF THOMAS G. AMON
THOMAS G. AMON

s/ Thomas G. Amon
THOMAS G. AMON

500 Fifth Avenue, Suite 1650
New York, NY 10110
Telephone: (212) 810-2431
Facsimile:  (212) 810-2427

Counsel for Plaintiff Doris Staehr

ROBBINS UMEDA & FINK, LLP
BRIAN J. ROBBINS
JEFFREY P. FINK
FELIPE ARROYO
ARSHAN AMIRI
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3990

Co-Lead Derivative Counsel for Plaintiffs

- 2 -

## **CERTIFICATE OF SERVICE**

    I hereby certify a true and exact copy of the foregoing has been served on all Filing Users through the Court's Electronic Filing System on this the 12th day of October, 2007.

s/ Thomas G. Amon
Thomas G. Amon
